**STATE of Missouri, Respondent,**

v.

**Jennifer ROBINETT, Appellant.**

**No. WD 58419.**

Missouri Court of Appeals,
Western District.

May 29, 2001.

---

**914**

Craig A. Johnston, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH P. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN and PATRICIA BRECKENRIDGE, Judges.

### ORDER

PER CURIAM.

Jennifer J. Robinett appeals her conviction for failure to appear in court, § 544.665, RSMo Cum. Supp. 1996. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).